# BERKOWITZ**OLIVER** LLP

**Stacey R. Gilman**
sgilman@berkowitzoliver.com
DD: (816) 627-0216

April 2, 2020

<u>VIA E-MAIL</u>

Christopher M. DeBacker
Law Office of Mark Brown, LLC
7225 Renner Road, Suite 201
Shawnee, KS 66217
chris@midwestip.com

Hissan Anis
A. Justin Poplin
Lathrop GPM
10851 Mastin Boulevard
Building 82, Suite 1000
Overland Park, KS 66210
hissan.anis@lathropgpm.com
justin.poplin@lathropgpm.com

        Re: *Voice Tech Corporation v. Mycroft AI, Inc.*
         W.D. Mo. Case No. 20-cv-00111-RK

Dear Gentlemen:

  By way of introduction, I represent Voice Tech Corporation ("Voice Tech") in the above-captioned suit. As you may have seen, we have just filed a Motion for Relief in the case, asking Judge Ketchmark to order your client, Mycroft AI, Inc. ("Mycroft") and its CEO/First Officer, Joshua Montgomery, to cease and desist from harassing and threatening behavior toward Voice Tech and its counsel. Although I do not yet know any of you personally, as fellow members of the local bars, I assume you will agree that the conduct by Mycroft and Mr. Montgomery documented by Voice Tech's filings today is unacceptable. It is, therefore, our hope that you will encourage your client to consent to the entry of the order we have proposed, and will also do whatever you can to persuade Mr. Montgomery and Mycroft's other personnel to comply with its terms.

  I regret that our first communication in this case must be about this subject. Please feel free to contact me anytime to discuss the case. In compliance with the current orders and

2600 Grand Boulevard Suite 1200 / Kansas City, MO 64108 816 / 561 / 7007 PH 816 / 561 / 1888 FX BERKOWITZOLIVER.COM

guidelines in place, I am currently working remotely, so either email or my cell phone (816.204.0765) are the best way to reach me.

Very truly yours,

Stacey R. Gilman

SRG:vp