# Eric Adams

| | |
|---|---|
| **From:** | Tod Tumey <ttumey@tumeyllp.com> |
| **Sent:** | Monday, December 09, 2019 5:26 PM |
| **To:** | joshua.montgomery@mycroft.ai |
| **Subject:** | Voice Tech Patent Notice (FRE 408 - Highly Confidential) |
| **Attachments:** | 12_9_2019 T. Tumey letter to J. Montgomery.pdf |

**Importance:** High

FRE 408 – Highly Confidential

Mr. Montgomery,

As you are aware, my firm represents Voice Tech Corporation, which is the owner of the Voice Tech patent family. Please review the attached letter regarding Voice Tech's patent rights.

We look forward to discussing the matter with you.

Regards,

**Tod T. Tumey** | Managing Partner
**Tumey L.L.P.** | 5177 Richmond Avenue, Suite 1188| Houston, Texas 77056
713.622.7005 Main | 713.622.0220 Fax
Website: www.tumeyllp.com

Confidentiality Notice:
This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender and/or information which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the destruction and/or return of the documents.

# TUMEY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
5177 RICHMOND AVENUE, SUITE 1188
HOUSTON, TEXAS 77056
TELEPHONE: 713/622-7005
FAX: 713/622-0220

TOD T. TUMEY                                                      EMAIL: ttumey@tumeyllp.com

December 9, 2019

*Via Federal Express Tracking #*
*777191786182 and Electronic Mail*
*Address* **joshua.montgomery@mycroft.ai**
Mr. Joshua Montgomery
Chief Executive Officer
Mycroft AI, Inc.
300 E. 39th Street
Kansas City, Missouri 64111

                Re:    Voice Tech Patent Family

Dear Mr. Montgomery:

      We have had no response from any of our previous three attempts to contact you. Copies of our previous attempts are attached for your convenience. As you are aware, our client, Voice Tech Corporation, is the owner of the Voice Tech patent family, which includes two issued United States Patents (U.S. Patent No. 9,794,348 and U.S. Patent No. 10,491,679) as well as numerous pending patent applications.

      We have become aware that Mycroft AI, Inc. is selling the products Mark I and Mark II that infringe claims of the Voice Tech patent family.

      We are writing this letter in the hope that this matter can be privately resolved in an efficient fashion for all concerned. It is not our client's objective to impose unnecessary expenses on your company. As noted in my three previous attempts to contact you, Voice Tech is willing to allow Mycroft AI, Inc. to continue to use Voice Tech's patented technology through a non-exclusive license of the Voice Tech patent family.

      Please contact me by telephone or in writing by December 17, 2019 to make satisfactory arrangements for a non-exclusive license of the Voice Tech patent family as well as agree to account for all past infringement of the Voice Tech patent family.

      If we do <u>not</u> hear from you by December 17, 2019, Voice Tech will evaluate all options and may not provide further notice to you before taking legal action to protect Voice Tech's rights and pursue all legal remedies.

**EXHIBIT 4**

Mr. Joshua Montgomery
December 9, 2019
Page 2 of 2

      Please note that this letter does not set forth a full and complete statement of Voice Tech's rights and claims against Mycroft AI, Inc. all of which are expressly reserved.

                                Best regards,

                                Tod Tumey

Attachments

**Tod Tumey**

| | |
|---|---|
| **From:** | Tod Tumey <ttumey@tumeyllp.com> |
| **Sent:** | Sunday, December 01, 2019 11:58 AM |
| **To:** | joshua.montgomery@mycroft.ai |
| **Subject:** | FW: Voice Tech Corporation Patent Notice (FRE 408 - Highly Confidential) |
| **Attachments:** | 11_11_2019 T. Tumey letter to J. Montgomery.pdf |
| **Importance:** | High |

FRE 408 – Highly Confidential

Mr. Montgomery,

I have had no response from you, and I had hoped to discuss this matter with you. I will be in touch with you very soon in a formal, legal manner regarding the Mycroft AI, Inc. use of Voice Tech's patented technology.

Regards,

**Tod T. Tumey** | Managing Partner
**Tumey L.L.P.** | 5177 Richmond Avenue, Suite 1188| Houston, Texas  77056
713.622.7005 Main | 713.622.0220 Fax
Website:  www.tumeyllp.com

Confidentiality Notice:
This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender and/or information which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the destruction and/or return of the documents.

---

**From:** Tod Tumey [mailto:ttumey@tumeyllp.com]
**Sent:** Monday, November 25, 2019 2:27 PM
**To:** joshua.montgomery@mycroft.ai
**Subject:** FW: Voice Tech Corporation Patent Notice (FRE 408 - Highly Confidential)
**Importance:** High

FRE 408 – Highly Confidential

Mr. Montgomery,

I did not hear back from you in regards to the Voice Tech patent family. As noted, Voice Tech is willing to allow you to continue to use Voice Tech's patented technology through a non-exclusive license of the Voice Tech patent family.

Please contact me before Thanksgiving, November 28, 2019, to discuss a business arrangement.

Regards,

**Tod T. Tumey** | Managing Partner
**Tumey L.L.P.** | 5177 Richmond Avenue, Suite 1188| Houston, Texas  77056

**EXHIBIT 4**

713.622.7005 Main | 713.622.0220 Fax
Website: www.tumeyllp.com

Confidentiality Notice:
This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender and/or information which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the destruction and/or return of the documents.

**From:** Tod Tumey [mailto:ttumey@tumeyllp.com]
**Sent:** Monday, November 11, 2019 7:50 PM
**To:** 'joshua.montgomery@mycroft.ai'
**Subject:** Voice Tech Corporation Patent Notice (FRE 408 - Highly Confidential)
**Importance:** High

FRE 408 – Highly Confidential

Mr. Montgomery,

My firm represents Voice Tech Corporation, which is the owner of the Voice Tech patent family. Please review the attached letter regarding such patent family and contact me to arrange a meeting.

We look forward to discussing our future business arrangement.

Regards,

**Tod T. Tumey** | Managing Partner
**Tumey L.L.P.** | 5177 Richmond Avenue, Suite 1188| Houston, Texas  77056
713.622.7005 Main | 713.622.0220 Fax
Website: www.tumeyllp.com

Confidentiality Notice:
This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender and/or information which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the destruction and/or return of the documents.

# TUMEY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
5177 RICHMOND AVENUE, SUITE 1188
HOUSTON, TEXAS 77056
TELEPHONE: 713/622-7005
FAX: 713/622-0220

TOD T. TUMEY                                       EMAIL: ttumey@tumeyllp.com

November 11, 2019

*Via Electronic Mail*
Mr. Joshua Montgomery
Chief Executive Officer
Mycroft AI, Inc.
300 E. 39th Street
Kansas, City Missouri 64111

Re:  Voice Tech Patent Family

Dear Mr. Montgomery:

    We represent Voice Tech Corporation ("Voice Tech"). Voice Tech owns the Voice Tech patent family, which includes two issued United States Patents (U.S. Patent No. 9,794,348 and U.S. Patent No. 10,491,679) as well as multiple pending patent applications. We would like to discuss a possible business relationship with Mycroft AI, Inc. ("Mycroft") regarding the Voice Tech patent family.

    After investigating the Mark I and Mark II ("Mark") products of Mycroft, we have determined that Mycroft requires a patent license from Voice Tech. Generally, the Voice Tech patent family relates to using voice commands from a mobile device to remotely access and control a computer. Please note that the inventor of the Voice Tech patent family first filed for patent protection on June 4, 2007, and the first patent of the Voice Tech patent family issued on October 17, 2017.

    Licensees of the Voice Tech patent family are permitted to use Voice Tech's innovative technology to further their businesses. Voice Tech is willing to allow Mycroft to continue to use Voice Tech's patented technology through a non-exclusive license of the Voice Tech patent family.

    I would like to arrange a time to discuss terms of the license of the Voice Tech patent family. Please contact me to arrange a meeting. I would appreciate a response by November 25, 2019.

    We look forward to discussing our future business arrangement.

Best regards,

Tod Tumey

**EXHIBIT 4**