IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

**Voice Tech Corporation,**

     Plaintiff,

vs.

**Mycroft AI Inc.,**

     Defendant.

Case No. 4:20-cv-00111-RK

Jury Trial Demanded

## TIME LINE AND EXHIBITS

| Exhibit No. | Date | Fact |
|---|---|---|
| 1. | 11/11/2019 19:50 | Tod Tumey emailed Joshua Montgomery attaching a letter regarding a possible patent license. |
| 2. | 11/25/2019 14:27 | Tod Tumey emailed Joshua Montgomery following up on the 11/11/2019 email and asking for response before 11/28/2019. |
| 3. | 12/01/2019 11:58 | Tod Tumey emailed Joshua Montgomery following up again after no response. |
| 4. | 12/09/2019 17:26 | Tod Tumey emailed Joshua Montgomery a second letter, which was attached and sent via Federal Express, asking for a response by 12/17/2019. |
| 5. | 12/18/2019 18:18 | Tod Tumey emailed Joshua Montgomery attaching another letter as well as a draft complaint, which was also sent via FedEx. |
| 6. | 12/27/2019 10:53 | Tod Tumey emailed Chris DeBacker about setting up a time to discuss Voice Tech's claims. |
| 7. | 12/30/2019 9:22 | Tod Tumey emailed Chris DeBacker revisiting his availability to discuss given the lack of response. |
| 8. | 12/30/2019 14:54 | Chris DeBacker emailed Tumey apologizing for the delay in responding; stating he wasn't sure if he was retained; and that he would get back to Tumey. |

- 1 -

| Exhibit No. | Date | Fact |
|---|---|---|
| 9. | 01/09/2020 | Voice Tech Patent Infringement Complaint filed against Mycroft in the Eastern District of Texas. |
| 10. | 01/23/2020 18:47 | Tod Tumey emailed Chris DeBacker with proposed settlement terms—letter attached. |
| 11. | 01/23/2020 19:04 | Chris DeBacker responded to Tod Tumey's email acknowledging receipt of the proposal; stating that he will pass it to Mycroft; and stating that he expects to be able to provide a response soon. |
| 12. | 01/23/2020 18:59 [sic] | Tod Tumey responded to Chris DeBacker stating that he appreciates the response and looks forward to discussing the matter further. |
| 13. | 01/31/2020 9:57 | Mycroft served with process for E.D. Texas Patent Infringement Complaint. |
| 14. | 02/05/2020 | Joshua Montgomery publishes his blog post entitled "Troll Hunter—Mycroft's Position on Patent Trolls" on Mycroft's website. The post includes threats of physical harm and death. |
| 15. | 02/06/2020 13:47 | Mycroft republished the blog post from 2/5/2020 on its Facebook page with the message "An important message from our CEO." |
| 16. | 02/06/2020 13:55 | Mycroft republished the blog post from 2/5/2020 on its Twitter account. |
| 17. | 02/06/2020 | Mycroft republished the blog post from 2/5/2020 on Reddit. |
| 18. | 02/07/2020 00:06 | Anonymous email to Tumey L.L.P. with subject "Good job You Major Dumb Fuck, you are famous now as a terrible human being!" It then includes a link to the blog posted on Reddit and a comment that "Also all your email conversations are posted in their website XD." |
| 19. | 02/07/2020 10:11 | Anonymous email to Tumey L.L.P.: "…then drown yourself with a red hot iron rod shoved up your ass." |
| 20. | 02/07/2020 11:31 | Email from Isaac Ah-Loe directly to Tod Tumey stating "Patent troll go back under your scummy bridge." |
| 21. | 02/08/2020 | Mycroft republished the blog post from 2/5/2020 on Hacker News Digest. |

| Exhibit No. | Date | Fact |
|---|---|---|
| 22. | 02/08/2020 00:36 | Anonymous email to Tumey L.L.P. stating that "Your whole company is worthless, you all deserve horrible things. Every one of you." |
| 23. | 02/08/2020 2:57 | Anonymous email to Tumey L.L.P. with name calling. |
| 24. | 02/08/2020 2:58 | Anonymous email to Tumey L.L.P. with name calling. |
| 25. | 02/08/2020 2:59 | Anonymous email to Tumey L.L.P. with name calling. |
| 26. | 02/08/2020 3:34 | Email from Facebook Security indicating someone is trying to access Tod Tumey's individual Facebook account. |
| 27. | 02/08/2020 3:35 | Email from Twitter indicating that someone is trying to create a Twitter account in Tod Tumey's name. |
| 28. | 02/08/2020 3:39 | Thank you email for signing up for OnePoll. |
| 29. | 02/08/2020 3:40 | Email verifying membership for LifePoints. |
| 30. | 02/08/2020 3:42 | Email from Toluna.com asking Tumey to confirm registration. |
| 31. | 02/08/2020 3:49 | Email asking for confirmation to be included on the mailing list SunStarNews-L. |
| 32. | 02/08/2020 3:49 | Email asking for confirmation to be included on the mailing list SunStar-L. |
| 33. | 02/08/2020 3:53 | Email from David Harbottle complaining about the case. |
| 34. | 02/08/2020 4:04 | Welcome email from Fast Track Debt Relief acknowledging initial request for information. |
| 35. | 02/08/2020 4:06 | Email from CarInsuranceQuotes.com regarding quote for a Tumey family car, an Audi. |

| Exhibit No. | Date | Fact |
|---|---|---|
| 36. | 02/08/2020 4:34 | Email from Maryville Online regarding request for information for online Masters in Accounting. |
| 37. | 02/08/2020 4:41 | Email from Progressive Insurance regarding request for auto quote. |
| 38. | 02/08/2020 4:53 | Anonymous email to Tumey L.L.P. referring to "Nice Audi"—the car driven by a member of Tumey family. |
| 39. | 02/08/2020 5:02 | LinkedIn message from Pierce Thom. |
| 40. | 02/08/2020 5:07 | Email from GoDaddy indicating someone is trying to access the Tumey L.L.P. website account/emails. |
| 41. | 02/08/2020 5:17 | Email from NAC Insurance regarding a requested quote. |
| 42. | 02/08/2020 5:21 | Email from Westpac Insurance regarding online request for insurance. |
| 43. | 02/08/2020 5:22 | Email from First American Property & Casualty Group regarding online request inquiry for insurance. |
| 44. | 02/08/2020 5:30 | Email from Carrot Top Industries regarding request for call back. |
| 45. | 02/08/2020 5:43 | Email from Webfleet Solutions regrading online request for demonstration. |
| 46. | 02/08/2020 5:54 | Email indicating that someone signed Tod Tumey up for a Pornhub account using his work email. |
| 47. | 02/08/2020 5:56 | Email indicating that someone signed Tod Tumey up for a Redtube account using his work email. |
| 48. | 02/08/2020 5:58 | Another email indicating that someone is trying again to sign Tod Tumey up for a Redtube account using his work email. |
| 49. | 02/08/2020 6:56 | Email asking for confirmation to be included on the mailing list 4HLdr-L. |
| 50. | 02/08/2020 6:57 | Email asking for confirmation to be included on the mailing list AcademicAdvising-L. |

| Exhibit No. | Date | Fact |
|---|---|---|
| 51. | 02/08/2020 6:57 | Email asking for confirmation to be included on the mailing list AcademicRT-L. |
| 52. | 02/08/2020 6:57 | Email asking for confirmation to be included on the mailing list ACEP-L. |
| 53. | 02/08/2020 6:57 | Email asking for confirmation to be included on the mailing list AAHPA-L. |
| 54. | 02/08/2020 6:58 | Email asking for confirmation to be included on the mailing list AKMG-L. |
| 55. | 02/08/2020 6:58 | Email asking for confirmation to be included on the mailing list AkRarePlant-L. |
| 56. | 02/08/2020 6:58 | Email asking for confirmation to be included on the mailing list AkSeedGrow-L. |
| 57. | 02/08/2020 6:58 | Email asking for confirmation to be included on the mailing list AkEntoNet-L. |
| 58. | 02/08/2020 6:58 | Email asking for confirmation to be included on the mailing list AkLA08-L. |
| 59. | 02/08/2020 6:59 | Email asking for confirmation to be included on the mailing list APR-L. |
| 60. | 02/08/2020 6:59 | Email asking for confirmation to be included on the mailing list ANCSA-L. |
| 61. | 02/08/2020 6:59 | Email asking for confirmation to be included on the mailing list ALN-L. |
| 62. | 02/08/2020 6:59 | Email asking for confirmation to be included on the mailing list ALC-L. |
| 63. | 02/08/2020 6:59 | Email asking for confirmation to be included on the mailing list Alaska-StrongWomen-L. |
| 64. | 02/08/2020 6:59 | Email asking for confirmation to be included on the mailing list Alaska-Gravity-Works-L. |
| 65. | 02/08/2020 6:59 | Email asking for confirmation to be included on the mailing list ANSEP-L. |

| Exhibit No. | Date | Fact |
|---|---|---|
| 66. | 02/08/2020 6:59 | Email asking for confirmation to be included on the mailing list AlphaSig-L. |
| 67. | 02/08/2020 6:59 | Email asking for confirmation to be included on the mailing list AlaskaFireConsortium-L. |
| 68. | 02/08/2020 7:00 | Email asking for confirmation to be included on the mailing list ASUAF-L. |
| 69. | 02/08/2020 7:00 | Email asking for confirmation to be included on the mailing list ATEC-L. |
| 70. | 02/08/2020 7:00 | Email asking for confirmation to be included on the mailing list ARDM-L. |
| 71. | 02/08/2020 7:00 | Email asking for confirmation to be included on the mailing list ASRA-L. |
| 72. | 02/08/2020 7:00 | Email asking for confirmation to be included on the mailing list Auction-Notification-L. |
| 73. | 02/08/2020 7:01 | Email asking for confirmation to be included on the mailing list Biodiesel-L. |
| 74. | 02/08/2020 7:01 | Email asking for confirmation to be included on the mailing list BBC-L. |
| 75. | 02/08/2020 7:01 | Email asking for confirmation to be included on the mailing list Bldg-L. |
| 76. | 02/08/2020 7:01 | Email asking for confirmation to be included on the mailing list Blackboard-Faculty-L. |
| 77. | 02/08/2020 7:01 | Email asking for confirmation to be included on the mailing list BBC-ENVI-L. |
| 78. | 02/08/2020 7:01 | Email asking for confirmation to be included on the mailing list Biological_Research_Diagnostics-bldg-I. |
| 79. | 02/08/2020 7:01 | Email asking for confirmation to be included on the mailing list Bnz-exec-I. |
| 80. | 02/08/2020 7:01 | Email asking for confirmation to be included on the mailing list BiologyWildlifeUndergrad-L. |

| Exhibit No. | Date | Fact |
|---|---|---|
| 81. | 02/08/2020 7:01 | Email asking for confirmation to be included on the mailing list BFinance-L. |
| 82. | 02/08/2020 7:01 | Email asking for confirmation to be included on the mailing list Birs-studentorg-I. |
| 83. | 02/08/2020 7:02 | Email regarding mailing list for Bowers-Building-bldg-I. |
| 84. | 02/08/2020 7:02 | Email asking for confirmation to be included on the mailing list Bnz_pi-L. |
| 85. | 02/08/2020 7:02 | Email asking for confirmation to be included on the mailing list Bnz-sy-L. |
| 86. | 02/08/2020 7:02 | Email asking for confirmation to be included on the mailing list bnz_Grad-L. |
| 87. | 02/08/2020 7:02 | Email asking for confirmation to be included on the mailing list Bristol-Bay-Campus-Announcement. |
| 88. | 02/08/2020 7:02 | Email asking for confirmation to be included on the mailing list Bridge-L. |
| 89. | 02/08/2020 7:02 | Email asking for confirmation to be included on the mailing list Bnz_grp-L. |
| 90. | 02/08/2020 14:33 | LinkedIn message from Gordon Uretsky. |
| 91. | 02/08/2020 14:52 | Email from Ian Elbury calling Tod Tumey "scum" and including a link to the blog post. |
| 92. | 02/08/2020 17:55 | Email from B&H Photo Video regarding items in cart for purchase. |
| 93. | 02/09/2020 12:30 | Email from GMX Service indicating that someone created the following email: TodTumey@gmx.com. |
| 94. | 02/09/2020 12:32 | Email (TodTumey@gmx.com) to Tod Tumey full of disturbing comments, racist comments, references to "exterminate", and statements like "go commit fucking suicide before the next war, so we do not have to waste ammo on your…" and "please go commit suicide"… |

| Exhibit No. | Date | Fact |
|---|---|---|
| 95. | 02/09/2020 15:39 | Follow-up email from NAC Insurance regarding a requested quote with details about Tod Tumey's Audi. |
| 96. | 02/11/2020 10:00 | Voice Tech voluntarily dismissed case in E.D. Tex. |