IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| VOICE TECH CORPORATION, a Texas Corporation<br><br>Plaintiff,<br><br>vs.<br><br>MYCROFT AI INC., a Delaware Corporation<br><br>Defendant. | CASE NO. 4:20-cv-00111-RK<br><br>**Demand for Jury Trial** |

## DECLARATION OF JOSHUA MONTGOMERY

I, Joshua Montgomery, declare:

1. I am the founder and First Officer of Mycroft AI, Inc. (hereinafter "Mycroft").

2. On February 5, 2020, when the blog post shown in Exhibit A titled "Troll Hunter – Mycroft's Position on Patent Trolls" was published on Mycroft's website, I was the CEO of Mycroft.

3. I am currently a 17S cyberwarfare commissioned officer with the United States Airforce. The conduct I am being accused of would be perceived as repulsive to the Uniform Code of Military Justice.

4. I have never called the offices of Tumey L.L.P.

5. To my knowledge, I have never called any office, place of business, or residence associated with Mr. Tod T. Tumey.

6. I haven not directed any person or group to call any office, place of business, or residence associated with Mr. Tod. T. Tumey or Tumey L.L.P.

7. Other than legal counsel's correspondence, I have no knowledge of any person associated with or employed by Mycroft calling the offices of Tumey LLP or any office, place of business, or residence associated with Mr. Tod T. Tumey.

8. I have not sent any email correspondence directed to Tod T. Tumey, Tumey L.L.P., or any office, place of business, or residence associated with Mr. Tod T. Tumey.

9. Other than legal counsel's correspondence, I have no knowledge of any person associated with or employed by Mycroft sending any email correspondence directed to Tod. T. Tumey, Tumey L.L.P., or any office, place of business, or residence associated with Mr. Tod T. Tumey.

10. Other than legal counsel's correspondence, I haven not directed any person or group to electronically email or otherwise contact any office, place of business, or residence associated with Mr. Tod. T. Tumey or Tumey L.L.P.

11. I have not tried to "hack" into any Facebook® account or any other online account of or associated with Mr. Tod T. Tumey or Tumey L.L.P.

12. I have no knowledge of any person associated with or employed by Mycroft attempting to "hack" into any Facebook® account or any other online account of or associated with Mr. Tod T. Tumey or Tumey L.L.P.

13. I have not directed any person or group to "hack" into any Facebook® account or any other online account of or associated with Mr. Tod T. Tumey or Tumey L.L.P.

14. I have not used Mr. Tod T. Tumey's identity or personal contact information to submit inquiries into sources about debt relief services, insurance services, or any other services.

15. I have no knowledge of any person associated with or employed by Mycroft using Mr. Tod T. Tumey's identity or personal contact information to submit inquiries into sources about debt relief services, insurance services, or any other services.

16. I have not directed any person or group to use Mr. Tod T. Tumey's identity or personal contact information to submit inquiries into sources about debt relief services, insurance services, or any other services.

17. I have not attempted to access Tumey L.L.P.'s GoDaddy® account for its website.

18. I have no knowledge of any person associated with or employed by Mycroft attempting to access Tumey L.L.P.'s GoDaddy® account for its website.

19. I have not directed any person or group to attempt to access Tumey L.L.P.'s GoDaddy® account for its website.

20. I have not signed up Mr. Tod T. Tumey for pornography websites or any other websites or mailing lists.

21. I have no knowledge of any person associated with or employed by Mycroft signing up Mr. Tod T. Tumey for pornography websites or any other websites or mailing lists.

22. I have not directed any person or group to sign up Mr. Tod T. Tumey for pornography websites or any other websites or mailing lists.

23. Other than legal counsel's correspondence, I have not explicitly or implicitly directed any person to contact Mr. Tod T. Tumey or Tumey L.L.P.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on 04 / 10 / 2020, in Holualoa, Hawaii.

_____
Joshua Montgomery

April 9, 2020