IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| Voice Tech Corporation, | |
|---|---|
| Plaintiff, | |
| vs. | Case No. 4:20-cv-00111-RK |
| Mycroft AI Inc. | Jury Trial Demanded |
| Defendant. | |

**PLAINTIFF VOICE TECH CORPORATION'S
NOTICE OF PENDENCY OF POST-GRANT PROCEEDING**

Pursuant to Local Patent Rule 2.1(a), Plaintiff Voice Tech Corporation ("Voice Tech") provides notice of the filing of an *inter partes* review ("IPR") petition by Unified Patents, LLC for review of U.S. Patent No. 10,491,679, which is one of two patents at issue in this case.[1] The IPR petition was filed on June 5, 2020, and the IPR proceeding has been assigned case designation IPR2020-01018. Voice Tech did not receive formal service or informal notice of the IPR filing until Defendant's Notice [Doc. 40] was filed on July 8, 2020.

---

[1] The other patent at issue in this case is U.S. Patent No. 9,794,348, which has no pending post-grant petitions filed against it.

1

Dated: July 17, 2020　　　　　　　　　　Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ Eric M. Adams
　　Stacey R. Gilman (MO Bar #55690)
　　2600 Grand Boulevard, Suite 1200
　　Kansas City, Missouri 64108
　　(816) 561-7007
　　(816) 561-1888 *fax*
　　sgilman@berkowitzoliver.com

　　-**and**-

**TUMEY L.L.P.**

Tod T. Tumey
　　(*admitted pro hac vice*)
Eric M. Adams
　　(*admitted pro hac vice)*
5177 Richmond Avenue, Suite 1188
Houston, Texas 77056
(713) 622-7005
(713) 622-0220 *fax*
ttumey@tumeyllp.com
eadams@tumeyllp.com

ATTORNEYS FOR PLAINTIFF
VOICE TECH CORPORATION

2

**CERTIFICATE OF SERVICE**

I certify that on July 17, 2020, I electronically filed the foregoing Notice of Pendency of Post-Grant Proceeding with the Clerk of the Court for the U.S. District Court, Western District of Missouri, using the CM/ECF system, which sent notification of such filing to the CM/ECF participants.

By: /s/ Eric M. Adams
Eric M. Adams